UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. FLOWERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA COUNTY SHERIFF'S DEPUTY R. BIXBY, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-03181-YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>(Dkt. 15) |

Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion to Dismiss. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion to Dismiss will be extended to **August 29, 2014.**

Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: August 8, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\YGR\CR.12\Flowers3181GrantEOToppn2MTD.docx